Renata Mazzio Gittler
PO Box 803
Rock Hill, NY 12775

**TO: United States District Court**
of the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, New York 10007
**ATTN: Pro Se Intake Unit**